FILED
APR 07 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | Cause No.: |
| v. | § § § | **INFORMATION** |
| ABDUL-RAHMAN UMAR | § § § | [Violation: 19 U.S.C. § 1459(a), Failure to Comply with Reporting Requirements.] |

**DR 22 CR 0706**

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE
[19 U.S.C. § 1459(a)]

On or about March 13, 2022, in the Western District of Texas, the Defendant,

ABDUL-RAHMAN UMAR,

intentionally and knowingly entered the United States at a place not designated as a border crossing point, and did not immediately report said arrival and present himself and all articles in his possession for inspection, in violation of Title 19, United States Code, Section 1459(a).

Respectfully submitted,

ASHLEY C. HOFF
United States Attorney

By: _____
JAMES T. WARD
Assistant United States Attorney